BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 17-00319 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] **ORDER OF DETENTION PENDING TRIAL** |
| MARILU CHAVEZ-NAVARRO, a/k/a Angela Peneloza, | ) |
| Defendant. | ) |

Defendant Marilu Chavez-Navarro stands charged in a one-count Indictment with Illegal Reentry into the United States Following Removal in violation of Title 8, United States Code, Section 1326(a). The United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).

The parties appeared for a detention hearing on June 22, 2017. Defendant submitted to pretrial detention and did not request a full bail hearing, but reserved the right to present information at a future bail hearing should her circumstances change. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing to, with the assistance of counsel, testify, present witnesses, cross-examine adverse witnesses, and present evidence by proffer or otherwise).

For these reasons and as otherwise stated on the record,

IT IS HEREBY ORDERED that the defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS FURTHER ORDERED that because the defendant waived her right to present information pursuant to 18 U.S.C. § 3142(f) without prejudice to raising any relevant information at a later hearing, the hearing may be reopened at any future time upon the request of the defendant.

Dated: June 26, 2017

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE